UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV674 JCH |
| ) | |
| DORN SHUFFMAN, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff Timothy Nelson's Motion for Leave to File Second Amended Complaint (Doc. No. 135) is **GRANTED**.

Dated this 5th day of September, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE