UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV674 JCH |
| ) | |
| DORN SHUFFMAN, et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

**IT IS HEREBY ORDERED** that Defendants' Motions in Limine (Doc. No. 283) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion in Limine (Doc. No. 284) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the parties shall file all motions in limine to exclude evidence no later than **Monday, November 15, 2010**.

**IT IS FURTHER ORDERED** that the parties shall file their responses to motions in limine no later than **Monday, November 22, 2010**.

Dated this 17th day of August, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE