UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY NELSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV674 JCH |
| | ) | |
| DORN SHUFFMAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

This matter is before the Court on the Motion to Alter or Amend Judgment of Plaintiff Timothy Nelson, filed August 22, 2011. (ECF No. 401). In his motion, Plaintiff asserts the Court disallowed certain requested costs for failure to provide documentation in support, when in fact Plaintiff had provided such documentation. Upon review of the record, the Court agrees. The Court therefore will amend its Memorandum and Order of July 25, 2011, in order to allow Plaintiff to recover an additional $7,695.58 in costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Alter or Amend Judgment of Plaintiff Timothy Nelson (ECF No. 401) is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentence "**IT IS FURTHER ORDERED** that Plaintiff Timothy Nelson's Motion for Expenses is **GRANTED** to the extent that the Court will tax costs against Defendants in the amount of $15,352.03" is deleted from page eight of this Court's July 25, 2011, Memorandum and Order (ECF No. 400). The sentence shall now read, "**IT IS FURTHER ORDERED** that Plaintiff Timothy Nelson's Motion for Expenses is **GRANTED** to the extent that the Court will tax costs against Defendants in the amount of $23,047.61."

Dated this 25th day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE